# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KENNY HALFACRE
ADC #84410                                                                                          PLAINTIFF

V.                                        5:05CV00109WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                     DEFENDANTS

## ORDER

On January 17, 2006, the Court issued a Recommended Disposition suggesting that Plaintiff's § 1983 action be dismissed, without prejudice, due to his failure to exhaust his administrative remedies. *See* docket entry #33. Plaintiff's Objections to that Recommended Disposition were due on or before January 30, 2006.

On February 1, 2006, the Assistant Arkansas Attorney General notified the Court that the Warden of the Maximum Security Unit reported that Plaintiff did not receive a copy of the Recommended Disposition until January 31, 2006. Accordingly, the Court will give Plaintiff an extension to file any Objections to the January 17, 2006 Recommended Disposition.

IT IS THEREFORE ORDERED THAT Plaintiff will have until **February 14, 2006**, to file any Objections to the January 17, 2006 Recommended Disposition (docket entry #33).

Dated this 2nd day of February, 2006.

UNITED STATES MAGISTRATE JUDGE